# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN OWENS,<br><br>  Plaintiff<br><br>v.<br><br>GNLV, LLC,<br><br>  Defendant | Case No.: 2:23-cv-00112-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant GNLV, LLC's response to the order to show cause (ECF No. 11),

I ORDER that the order to show cause (ECF No. 8) is satisfied and I will not remand the action to the state court for lack of subject matter jurisdiction.

DATED this 14th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE