1  CHARLES S. JACKSON, ESQ.
2  Nevada Bar No. 13158
   **RICHARD HARRIS LAW FIRM**
3  801 South Fourth Street
   Las Vegas, Nevada 89101
4  Telephone: (702) 444-4444
   Facsimile:  (702) 444-4455
5  Email: Charlie@richardharrislaw.com
   *Attorneys for Plaintiff*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 9 | ALLEN OWENS, individually, | CASE NO.  2:23-cv-00112-APG-VCF |
| 10 | Plaintiff, | |
| 11 | vs. | **MOTION TO REMOVE ATTORNEY CHRISTIAN Z. SMITH, ESQ. FROM SERVICE LIST** |
| 12 | GNLV, LLC; Does 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| 13 | | |
| 14 | Defendants. | |

15
16   Plaintiff ALLEN OWENS ("Plaintiff"), by and through his attorney of record CHARLES S.
17  JACKSON, ESQ., of the RICHARD HARRIS LAW FIRM, hereby requests that CHRISTIAN Z.
18  SMITH, ESQ. be removed from the list of counsel to be noticed.

19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .



CHRISTIAN Z. SMITH, ESQ. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this __15th__ day of February, 2023.

**RICHARD HARRIS LAW FIRM**

*/s/Charles S. Jackson*_____
CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
801 S. Fourth St.
Las Vegas, NV 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED __2-17-2023_____

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this __15th__ day of February 2023, I served a copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST,** as follows:

☐ **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid and addressed as listed below.

☐ **Hand Delivery:** I caused said document(s) to be delivered to the address(es) list below;

☐ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

☒ **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey).

Jorge A. Ramirez, Esq.
I-Che Lai, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
jorge.ramirez@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

　　　　　　　　　　　　__/s/Icela Aveytia__
　　　　　　　　　　　　An employee of the Richard Harris Law Firm

