UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN OWENS, | Case No.: 2:23-cv-00112-APG-VCF |
| Plaintiff | **Order Denying Motion to Remand** |
| v. | [ECF No. 15] |
| GNLV, LLC, | |
| Defendant | |

Plaintiff Allen Owens moves to remand this case to state court because he believes defendant GNLV, LLC "has admitted that it is a citizen of the State of Nevada in its petition for removal." ECF No. 15 at 1. If true, removal is barred by the "forum defendant" rule of 28 U.S.C. § 1441(b)(2).

GNLV's petition properly traces GNLV's ownership through its several parent entities to demonstrate that it is a citizen of Texas for diversity purposes. ECF No. 7 at 1-2. Thus, there is no basis for Owens' motion to remand.

I strongly recommend to Owens' counsel that, before filing motions in the future, he read the pleadings carefully and call opposing counsel to discuss whether there is a real dispute. A simple phone call here would have saved the parties and this court valuable time and resources in addressing a meritless motion. Frivolous motions can result in sanctions.

I THEREFORE ORDER that the plaintiff's motion to remand **(ECF No. 15) is DENIED.**

DATED this 8th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE