Jorge A. Ramirez
Nevada Bar No. 6787
I-Che Lai
Nevada Bar No. 12247
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile:  (702) 727-1401
jorge.ramirez@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN OWENS, individually,<br><br>             Plaintiffs,<br><br>      v.<br><br>GNLV, LLC; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>             Defendants. | Case No.     2:23-cv-00112-APG-VCF |

**STIPULATION AND ORDER TO EXTEND**

**SCHEDULING ORDER DEADLINES [ECF NOS. 21, 24, 26]**

**(Third Request)**

Pursuant to LR IA 6-1, IA 6-2, 7-1, 26-1, and 26-3, plaintiff Allen Owens and defendant GNLV, LLC hereby stipulate and agree to extend the current scheduling order deadlines by 60 days. This is the third stipulation to extend this deadline. (*See* ECF Nos. 21, 24, 26.) The extension is necessary to accommodate the parties' mediation of this case without incurring further litigation expense.

. . .

. . .

290097265v.1

**A.    Discovery Completed to Date**

The parties held the Rule 26(f) conference on February 28, 2023, and submitted the stipulated discovery plan and proposed scheduling order on March 10, 2023. This Court approved the discovery plan on March 13, 2023. Since then, the parties completed the following discovery:

1. Plaintiff has served his initial disclosures, including supplements to those disclosures with additional medical records.

2. Defendant has served its initial disclosures, including supplement to those disclosures with additional medical records obtained from Plaintiff's providers.

3. Plaintiff has served his first set of interrogatories and requests for production to Defendant.

4. Defendant has served its responses to Plaintiff's first set of interrogatories and requests for production.

5. Defendant has served its first set of interrogatories and requests for production to Plaintiff.

6. Plaintiff has served his responses to Defendant's first set of interrogatories and requests for production.

7. Defendant has obtained records about Plaintiff's medical treatments from Plaintiffs' providers.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties expect that they may need to conduct some or all of the following discovery:

1. deposition of Plaintiff;

2. deposition of Defendant's Fed. R. Civ. P. 30(b)(6) representative;

3. disclosure of the parties' experts;

4. deposition of the parties' retained experts;

5. deposition of percipient witnesses, including Plaintiff's treating providers; and

6. any additional records to be obtained during discovery.

## C. REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS

The requested extension is necessary to accommodate the parties' upcoming mediation. The parties have scheduled a December 14, 2023, mediation for this case. They parties would like to prepare for that mediation without incurring further litigation expenses on discovery. And if mediation is somehow unsuccessful and the parties need to resume discovery, an extension of the pre-trial deadlines is necessary. This shows good cause for the requested extension of the pre-trial deadlines.

## D. PROPOSED DISCOVERY SCHEDULE

Pursuant to LR 26-3, the parties propose to extend the pre-trial deadlines as follows:

|  | **Original Deadline** | **Extended Deadline** |
|---|---|---|
| Discovery Cut-Off Date | February 2, 2024 | April 2, 2024 |
| Amending Pleadings or Adding Parties | July 24, 2023 | UNCHANGED |
| Rule 26(a)(2) Initial Disclosures | December 4, 2023 | February 2, 2024 |
| Rule 26(a)(2) Rebuttal Disclosures | January 3, 2024 | March 4, 2024 |
| Dispositive Motions | March 4, 2024 | May 2, 2024 |
| Pre-Trial Order | April 3, 2024, or 30 days after the decision on any dispositive motions (whichever is later) | June 3, 2024, or 30 days after the decision on any dispositive motions (whichever is later) |

3

290097265v.1

| | |
|---|---|
| Dated: November 30, 2023 | Dated: November 30, 2023 |
| RICHARD HARRIS LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/Charles S. Jackson* <br> Charles S. Jackson <br> Nevada Bar No. 13158 <br> 801 South Fourth Street <br> Las Vegas, NV 89101 <br> *Attorneys for Plaintiff Allen Owens* | */s/I-Che Lai* <br> Jorge A. Ramirez <br> Nevada Bar No. 6787 <br> I-Che Lai <br> Nevada Bar No. 12247 <br> 6689 Las Vegas Blvd. South, Suite 200 <br> Las Vegas, Nevada 89119 <br> *Attorneys for Defendant GNLV, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-1-2023

4

290097265v.1