Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
I-Che Lai, Esq.
Nevada Bar No. 12247
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile:  (702) 727-1401
jorge.ramirez@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN OWENS, individually,<br><br>             Plaintiffs,<br><br>      v.<br><br>GNLV, LLC; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>             Defendants. | Case No.     2:23-cv-00112-APG-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Allen Owens and Defendant GNLV, LLC hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against Defendant, with prejudice, with each party to bear their own attorney's fees, costs, and interest.

1

290097265v.1

| | |
|---|---|
| Dated: December 29, 2023 | Dated: December 29, 2023 |
| RICHARD HARRIS LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/ Charles Jackson, Esq.* | */s/ I-Che Lai, Esq.* |
| Charles S. Jackson | Jorge A. Ramirez |
| Nevada Bar No. 13158 | Nevada Bar No. 6787 |
| 801 South Fourth Street | I-Che Lai |
| Las Vegas, NV 89101 | Nevada Bar No. 12247 |
| *Attorneys for Plaintiff Allen Owens* | 6689 Las Vegas Blvd. South, Suite 200 |
| | Las Vegas, Nevada 89119 |
| | *Attorneys for Defendant GNLV, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2024

2

290097265v.1